In the Matter of BATES CHEVROLET CORPORATION, Appellant. ASSOCIATION OF MOTOR VEHICLE SALESMEN OF GREATER NEW YORK AND VICINITY, Respondent.

Submitted October 8, 1942; decided November 25, 1942.

*Bernard Trencher* for appellant.

*Joseph Brill* and *James G. Duffy* for respondent.

Orders reversed, with costs in all courts to the appellant and the matter remitted to the Special Term on the ground that the basis

of the orders is destroyed by the reversal of the judgments in *Alexion* v. *Hollingsworth*, 289 N. Y. 91, and *Goodwin Motor Car Co.* v. *Alexion*, 289 N. Y. 98. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.